IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03371-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

JAMES EARL JUNIEL,

    Plaintiff,

v.

AURORA COLORADO POLICE DEPARTMENT,
DENVER COLORADO POLICE DEPARTMENT, and
ARAPAHOE COUNTY SHERIFF DEPARTMENT,

    Defendants.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

Plaintiff James Earl Juniel currently resides in Aurora Colorado.  Mr. Juniel has filed a Complaint against the Defendants for civil rights violations.

As part of the Court's review pursuant to D.C.COLO.LCivR 8.1, the Court has determined that the submitted documents are deficient as described in this Order.  Mr. Juniel will be directed to cure the following if he wishes to pursue her claims.  Any papers that Mr. Juniel files in response to this Order must include the civil action number on this Order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915**:

(1)   ___   is not submitted
(2)   ___   is not on proper form (must use the Court's current form)
(3)   ___   is missing original signature by Plaintiff
(4)   ___   is missing affidavit
(5)   ___   affidavit is incomplete
(6)   _X_   affidavit <u>is not notarized</u> or is not properly notarized
(7)   ___   names in caption do not match names in caption of complaint, petition or application
(8)   _X_   other: <u>In the alternative Plaintiff may pay the $400 filing fee in full</u>

**Complaint or Petition**:

(9)  ___  is not submitted
(10) ___  is not on proper form
(11) ___  is missing an original signature by Plaintiff
(12) ___  is incomplete
(13) ___  uses et al. instead of listing all parties in caption
(14) ___  names in caption do not match names in text
(15) ___  addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(16) ___  other:

Accordingly, it is

ORDERED that Mr. Juniel cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Mr. Juniel files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Mr. Juniel shall obtain the Court-approved form for filing a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that if Mr. Juniel fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED December 16, 2013, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge