IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03371-BNB

JAMES EARL JUNIEL,

    Plaintiff,

v.

AURORA COLORADO POLICE DEPARTMENT,
DENVER COLORADO POLICE DEPARTMENT, and
ARAPAHOE COUNTY SHERIFF DEPARTMENT,

    Defendants.

## ORDER OF DISMISSAL

    Plaintiff, James Earl Juniel, resides in Aurora, Colorado. Mr. Juniel initiated this action by filing a Complaint and a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.

    On December 16, 2013, Magistrate Judge Boyd N. Boland reviewed Plaintiff's filings and determined that they were deficient because the affidavit in the § 1915 motion was not notarized. Magistrate Judge Boland ordered Mr. Juniel to file a new § 1915 motion and affidavit within thirty (30) days of the December 16 Order. Magistrate Judge Boland warned Plaintiff in the December 16 Order that failure to file a proper § 1915 motion and affidavit would result in dismissal of this action without further notice.

    Mr. Juniel has now failed to resubmit his § 1915 motion with a notarized affidavit. Further, he has not communicated with the Court since he initiated this action on December 13, 2013. Accordingly, it is

ORDERED that this action is DISMISSED without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Plaintiff, James Earl Juniel, to comply with the December 16, 2013 Order Directing Plaintiff to Cure Deficiencies. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied for the purpose of appeal. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Mr. Juniel files a notice of appeal he must also pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. It is

FURTHER ORDERED that all pending motions are DENIED as moot.

DATED at Denver, Colorado, this  23rd  day of    January   , 2014.

BY THE COURT:


   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court